UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR RILEY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-08-159 |
| | § | |
| NUECES COUNTY JAIL, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO RETAIN CASE

On June 9, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that plaintiff's claims against Nueces County Jail be dismissed; that he be allowed to amend his complaint to assert the same claims against Nueces County; and that the Court retain plaintiff's claims. On June 16, 2008, defendant Christus Spohn Memorial Hospital filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and defendant Christus Spohn Memorial Hospital's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that plaintiff's claims against Nueces County Jail are dismissed and plaintiff is allowed to amend his complaint to assert the same claims against Nueces County. Plaintiff's claims are retained.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 26th day of June, 2008.

                                                Janis Graham Jack
                                         United States District Judge